[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] OPINION AND JUDGMENT ENTRY
* * * * *
This is an appeal from a judgment of the Erie County Court of Common Pleas. Appellant, Scott Bell, entered guilty pleas to two counts of assault in violation of R.C. 2903.13(A). Appellant was sentenced at a July 15, 1997 hearing. The trial court's judgment entry advised appellant of the possible imposition of "bad time" by the parole board pursuant to R.C. 2967.11 should he commit a crime while in prison. According to the record before this court, appellant has not yet had his sentence extended pursuant to R.C. 2967.11. He now appeals, setting forth the five assignments of error challenging the constitutionality of R.C. 2967.11, the sentencing statute which provides for "bad time."
Appellant's five assignments of error are found not well-taken on the authority of this court's decision in State v.Somerlot, et al. (Jan. 23, 1998), Erie App. No. E-97-02, unreported. The judgment of the Erie County Court of Common Pleas is affirmed. Court costs of this appeal are assessed to appellant.
JUDGMENT AFFIRMED.
A certified copy of this entry shall constitute the mandate pursuant to App.R. 27. See, also, 6th Dist.Loc.App.R. 4, amended 1/1/98.
 _________________________________ Peter M. Handwork, P.J.
JUDGE
 _______________________________ George M. Glasser, J.
JUDGE
 _______________________________ Melvin L. Resnick, J.
JUDGE
CONCUR.